

# United States District Court
# Eastern District of California

| Randhir Singh |
|---|

Plaintiff(s)

V.

| Kristi Noem et al. |
|---|

Defendant(s)

Case Number: 1:26-cv-00196-DC-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Rupinder Kaur hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Randhir Singh

On _____10/28/2016_____ (date), I was admitted to practice and presently in good standing in the

_____Michigan_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

**1:26-cv-00252-DJC-CKD (Granted)**

**1:26-cv-00542-DC-DMC (Pending)**

Date:_____02/04/2026_____        Signature of Applicant: /s/ _Ruby Kaur_

---

**Pro Hac Vice Attorney**

Applicant's Name: **Rupinder Kaur**

Law Firm Name: Kaur Law PC

Address: 38750 Paseo Padre Pkwy

Suite A7

City: Fremont        State: CA        Zip: 94536

Phone Number w/Area Code: _____

City and State of Residence: Novi, Michigan

Primary E-mail Address: ruby@kaurlawpc.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 12 27 Laurel Street

City: San Carlos        State: CA        Zip: 94070

Phone Number w/Area Code: (415) 936-6730        Bar # 336327

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 02/05/2026

_____
THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE